**PRISONER CASE**

R



CAT II

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### Civil Cover Sheet

08CV3551
JUDGE ZAGEL
MAG. JUDGE BROWN

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | United States of America ex rel. PATRICK TURNER | **Defendant(s):** | AUSTIN S. RANDOLPH, JR. |
| **County of Residence:** | FULTON | **County of Residence:** | |
| **Plaintiff's Address:** | Patrick Turner<br>R-03191<br>Illinois River - IRCC<br>P.O. Box<br>Canton, IL 61520 | **Defendant's Attorney:** | Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph Street - 12th Floor<br>Chicago, IL 60601 |

FILED
J.N
JUN 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham   **Date:** 06/20/2008

06 C 2277
Zagel
Brown