**FILED**

JUN 2 0 2008

Jun 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

PATRICK TURNER
Plaintiff

v.

AUSTIN S. RANDOLPD, JR.
Defendant(s)

CASE : 08CV3551
JUDGE ZAGEL
JUDGE MAG. JUDGE BROWN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _____PATRICK TURNER_____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒Yes      ☐No    (If "No," go to Question 2)
   I.D. # R-03191         Name of prison or jail: IL RIVER CORRECTIONAL CENTER
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: $10.00
   STATE STIPEND.

2. Are you currently employed?            ☐Yes      ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: NONE
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?                    ☐Yes      ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                        ☐Yes  ☒No
      Amount_____  Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                     ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☐No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                             ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____
_____

R03191  PATRICK TURNER

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____        *Patrick Turner*
                                     Signature of Applicant

                                     __PATRICK TURNER__
                                     (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, PATRICK TURNER, I.D.# R03191, has the sum of $ 15.04 on account to his/her credit at (name of institution) ILLINOIS RIVER CORRECTIONAL CENTER. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ 15.04. (Add all deposits from all sources and then divide by number of months).

4/17/06                              *[signature]*
DATE                                 SIGNATURE OF AUTHORIZED OFFICER

                                     *Mark A. Pirtle*
                                     (Print name)
                                     BUSINESS ADMINISTRATOR

rev. 7/18/02

-3-

AO 240 (1/94)

# United States District Court
DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Plaintiff**
PATRICK TURNER

V.

**Defendant**
AUSTIN S. RANDOLPH, JR.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, PARTICK TURNER_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration IL RIVER CORRECTIONAL CENTER

    Are you employed at the institution? NO    Do you receive any payment from the institution? $15.00

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No    ATTEND ADULT BASIC EDUCATION.

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes    [X] No
    b. Rent payments, interest or dividends    [ ] Yes    [X] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
    d. Disability or workers compensation payments    [ ] Yes    [X] No
    e. Gifts or inheritances    [ ] Yes    [X] No
    f. Any other sources—HAND-OUTS FROM FAMILY WHENEVER POSSIBLE.    [X] Yes    [ ] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and

Case 1:08-cv-03551    Document 3    Filed 06/20/2008    Page 5 of 5

Date: 12/11/2007        Illinois River Correctional Center                Page 1
Time: 11:21am                   Trust Fund
d_list_inmate_trans_statement_composite    Inmate Transaction Statement

REPORT CRITERIA - Date: 04/01/2006 thru End;   Inmate: R03191;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R03191 Turner, Patrick**                **Housing Unit: IRI-R4-A -56**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 10.55 |
| 04/06/06 | Point of Sale | 60 Commissary | 096751 | 368488 | Commissary | -10.51 | .04 |
| 04/14/06 | Payroll | 20 Payroll Adjustment | 104112 | | P/R month of 03/2006 | 15.00 | 15.04 |
| 04/27/06 | Point of Sale | 60 Commissary | 117751 | 371165 | Commissary | -8.85 | 6.19 |
| 04/28/06 | Disbursements | 84 Library | 118312 | Chk #101638 | 42066, DOC: 523 Fund Library, Inv. Date: 04/18/2006 | -.10 | 6.09 |
| 04/28/06 | Disbursements | 84 Library | 118312 | Chk #101638 | 42069, DOC: 523 Fund Library, Inv. Date: 04/18/2006 | -3.25 | 2.84 |
| 04/28/06 | Disbursements | 84 Library | 118312 | Chk #101638 | 42301, DOC: 523 Fund Library, Inv. Date: 04/21/2006 | -.20 | 2.64 |
| 04/28/06 | Disbursements | 81 Legal Postage | 118312 | Chk #101639 | 42286, DOC: 523 Fund Inmate Re, Inv. Date: 04/21/2006 | -2.22 | .42 |
| 05/15/06 | Payroll | 20 Payroll Adjustment | 135112 | | P/R month of 04/2006 | 11.25 | 11.67 |
| 05/17/06 | Point of Sale | 60 Commissary | 137702 | 373355 | Commissary | -9.31 | 2.36 |
| 05/31/06 | Disbursements | 90 Medical Co-Pay | 151312 | Chk #102256 | 42732, DOC: 523 Fund Reimburse, Inv. Date: 04/27/2006 | -2.00 | .36 |
| 06/09/06 | Payroll | 20 Payroll Adjustment | 160112 | | P/R month of 05/2006 | 13.75 | 14.11 |
| 06/13/06 | Point of Sale | 60 Commissary | 164702 | 376424 | Commissary | -13.45 | .66 |
| 06/13/06 | Mail Room | 01 MO/Checks (Not Held) | 164235 | 1113614 | Turner, D | 35.00 | 35.66 |
| 06/13/06 | Mail Room | 01 MO/Checks (Not Held) | 164235 | 1113613 | Turner, D | 30.00 | 65.66 |
| 06/23/06 | Point of Sale | 60 Commissary | 174723 | 377999 | Commissary | -27.33 | 38.33 |
| 06/29/06 | Disbursements | 88 Legal Work | 180312 | Chk #102864 | 46672, Clerk,U.S.District Cour, Inv. Date: 06/29/2006 | -5.00 | 33.33 |
| 06/30/06 | Disbursements | 90 Medical Co-Pay | 181312 | Chk #102889 | 45845, DOC: 523 Fund Reimburse, Inv. Date: 06/16/2006 | -2.00 | 31.33 |
| 07/11/06 | Point of Sale | 60 Commissary | 192723 | 379285 | Commissary | -5.69 | 25.64 |
| 07/12/06 | Payroll | 20 Payroll Adjustment | 193112 | | P/R month of 06/2006 | 15.00 | 40.64 |
| 07/17/06 | Disbursements | 80 Postage | 198312 | Chk #103251 | 47122, DOC: 523 Fund Inmate Re, Inv. Date: 07/10/2006 | -2.55 | 38.09 |
| 07/24/06 | Point of Sale | 60 Commissary | 205723 | 381003 | Commissary | -38.05 | .04 |
| 08/11/06 | Payroll | 20 Payroll Adjustment | 223112 | | P/R month of 07/2006 | 13.50 | 13.54 |
| 08/14/06 | Disbursements | 90 Medical Co-Pay | 226312 | Chk #103679 | 1800, DOC: 523 Fund Inmate Rei, Inv. Date: 08/01/2006 | -2.00 | 11.54 |
| 08/14/06 | Mail Room | 01 MO/Checks (Not Held) | 226232 | 313968 | Turner, D | 50.00 | 61.54 |
| 08/14/06 | Mail Room | 01 MO/Checks (Not Held) | 226232 | 313967 | Turner, D | 50.00 | 111.54 |
| 08/17/06 | Point of Sale | 60 Commissary | 229751 | 383724 | Commissary | -106.16 | 5.38 |
| 08/29/06 | Point of Sale | 60 Commissary | 241723 | 385202 | Commissary | 3.82 | 9.20 |
| 08/29/06 | Point of Sale | 60 Commissary | 241702 | 385318 | Commissary | -3.44 | 5.76 |
| 09/15/06 | Payroll | 20 Payroll Adjustment | 258112 | | P/R month of 08/2006 | 13.49 | 19.25 |
| 09/18/06 | Disbursements | 90 Medical Co-Pay | 261312 | Chk #104268 | 4132, DOC: 523 Fund Reimbursem, Inv. Date: 09/12/2006 | -2.00 | 17.25 |
| 09/26/06 | Point of Sale | 60 Commissary | 269751 | 388155 | Commissary | -16.58 | .67 |
| 10/12/06 | Payroll | 20 Payroll Adjustment | 285116 | | P/R month of 09/2006 | 10.00 | 10.67 |
| 10/13/06 | Disbursements | 84 Library | 286312 | Chk #104840 | 5648, DOC: 523 Fund Library, Inv. Date: 10/03/2006 | -.30 | 10.37 |
| 10/13/06 | Disbursements | 81 Legal Postage | 286312 | Chk #104853 | 5548, DOC: 523 Fund Reimbursem, Inv. Date: 10/02/2006 | -.63 | 9.74 |
| 10/30/06 | Point of Sale | 60 Commissary | 303723 | 391435 | Commissary | -9.64 | .10 |
| 11/14/06 | Payroll | 20 Payroll Adjustment | 318112 | | P/R month of 10/2006 | 10.00 | 10.10 |
| 11/14/06 | Mail Room | 01 MO/Checks (Not Held) | 318232 | 1153420 | Turner, Durvenia | 30.00 | 40.10 |
| 11/14/06 | Mail Room | 01 MO/Checks (Not Held) | 318232 | 1153421 | Turner, Durvenia | 30.00 | 70.10 |
| 11/17/06 | Disbursements | 84 Library | 321312 | Chk #105480 | 7883, DOC: Library Copies, Inv. Date: 11/09/2006 | -.70 | 69.40 |
| 11/17/06 | Disbursements | 81 Legal Postage | 321312 | Chk #105481 | 8192, DOC: 523 Fund Reimbursem, Inv. Date: 11/14/2006 | -.63 | 68.77 |